**ORDERED in the Southern District of Florida on May 22, 2015.**

**Paul G. Hyman, Jr.**
**Chief United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA, WEST PALM BEACH DIVISION**

CASE NO. 15-12392 PGH
CHAPTER 7

IN RE:

ELIZABETH JANE SANSOM,
Debtor.
_______________________________/

**ORDER ON DEBTOR'S MOTION TO AVOID JUDGMENT PURSUANT TO 11 U.SC. §522(f)**

THIS CAUSE having come before the Court on Debtor's Motion to Avoid Judgment Lien Pursuant to 11 U.SC. §522(f), and this Court being otherwise fully advised in the premises it is

ORDERED that Debtor's Motion to Avoid Judgment Lien is hereby granted and that the Final Judgment obtained by Creditor, Discover Bank, recorded in Official Record Book No. 27144 at Page 1765 of the Public Records of Palm

Beach County, Florida, which constitutes a judicial lien on Debtor, ELIZABETH J. SANSOM's homestead more particularly described as:

> Lot 29, Phase 1A, Lakes of Lantana, according to the Plat thereof on file in the Office of the Clerk of the Circuit Court in and for Palm Beach County, Florida, in Plat Book 34, Pages 93 and 94.

Be hereby avoided.

###

Submitted by:

Rosenwater, Esquire
Bruce S. Rosenwater & Associates, P.A.,
1601 Forum Place, Suite 610, West Palm Beach, FL 33401

(Bruce S. Rosenwater is directed to serve a copy of this order to any party in interest who has not received the order through the CM/ECF system and to file a proof of service)